**Joan Van RIPER, Employee–Respondent/Cross–Appellant,**

v.

**INTERSTATE PACKAGING, INC., Employer–Relator/Cross–Appeal Respondent,**

and

**Cincinnati Insurance Company, Insurer–Relator/Cross–Appeal Respondent,**

and

**Mason City Clinic, Mason City Surgery Center, Mayo Clinic, Minnesota Department of Employment Economic Development, Spectrum Rehabilitation Services, Inc., Blue Cross Blue Shield of Minnesota, and, UNUM Life Insurance Company, Intervenors.**

No. A15–1156.

Supreme Court of Minnesota.

Jan. 27, 2016.

Donaldson V. Lawhead, Lawhead Law Offices, Austin, MN, for respondent.

Timothy S. Crom and Nicholas M. Matchen, Jardine, Logan & O'Brien, PLLP, Lake Elmo, MN, for relators.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on June 26, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/_____
Natalie E. Hudson
Associate Justice